IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TEVIN T. RANDOLPH,<br><br>　　　　　　　　Defendant. | 4:23CR3076<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

　　The defendant appeared before the Court on January 31, 2025 regarding a Petition for Offender Under Supervision [42].  Jessica Milburn represented the defendant.  Matthew Molsen represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 3, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 11:00 a.m. on March 24, 2025.

　　　The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision with the additional conditions that defendant must participate in Domestic Violence Intervention at a program as directed by the supervising officer; and have no contact with Kiara Naraine, in person, telephone or electronically. Defendant to be released after processing to Latessa Randolph.

　　**IT IS SO ORDERED**.

　　Dated this 31st day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge